RICHARD A. CHALLENGER et al., Individually and On Behalf of All Others Similarly Situated as Obligors on Promissory Notes, Executed to Order of Defendant, and as Mortgagors on Chattel Mortgages Executed to Defendant as Security for Said Notes, Plaintiffs, *v.* HOUSEHOLD FINANCE CORPORATION, Defendant.

Supreme Court, Special Term, New York County, March 9, 1943.

*Irwin Slater*, for plaintiffs.

*McDermott & McDermott*, for defendant.

WALTER, J. Motion for temporary injunction is denied with ten dollars costs. The motion opens the record and gives me the power to pass upon the sufficiency of the complaint. I hold that these people have no right to sue on behalf of others. The complaint is dismissed with ten dollars costs.